**FILED**
12/14/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT
FOR THE **SOUTHERN** DISTRICT OF **INDIANA**

(Full name of plaintiff(s))

MICHAEL ANTHONY THOMAS

v.

(Full name of defendant(s))

C.O. KOLEHOUSE

ofc. TROMLEY

Case Number:  2:22-cv-00578-JMS-MG

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of **INDIANA**, and is located at
   (State)

   **KNOX CO. JAIL VINCENNES, IN.**
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper).

2. Defendant **C.O. KOLEHOUSE**
   (Name)

is (if a person or private corporation) a citizen of __INDIANA__
(State, if known)

and (if a person) resides at __N/A__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __KNOX CO. JAILHOUSE VINCENNES, IN.__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

PLAINTIFF MICHAEL A. THOMAS IS AN INMATE OF KNOX CO. JAIL IN VINCENNES, IN. I SUFFERED FROM ABDOMINAL PAINS & SKIN IRRATATIONS, & THIRST WHICH I EXPERIENCED WHILE BEING INCARCERATED AT THE KNOX CO. JAIL ON DECEMBER 8, 9, 10, 2021.

PLAINTIFF, MICHAEL A. THOMAS WAS ARRESTED ON 12/08/2021 & TAKEN TO KNOX CO. JAIL. AFTER BEING SERVED 0420 EVENING MEAL MY CELLMATE BEGAN FARTING WHICH MADE CELL STINK PROFUSELY. I PUSHED the CALL BUTTON ON INTERCOM, AN OFFICER ON DUTY, EITHER OF C. TROMLEY or C.O. KOLEHOUSE ANSWERED BY ASKING WHAT WAS IT I WANTED? I REPLIED, "FRESH AIR". HE SAID WAIT A MINUTE. A FEW

Minutes later Ofc. Tromley opened cell door & says, "Now, what is it?" I said I needed fresh air to breathe. Surprisingly Ofc. Tromley asked me if I was suicidal? I answered, "No." He then asked, "Do you feel like you want to hurt anybody?" Again I said "No." Ofc. Tromley then ordered me to turn around & face the wall. He then proceeded by handcuffing me. He sat me on a bench & told me to wait there for C.O. Kolehouse. C.O. Kolehouse appeared w/ restraint wheelchair. C.O. Kolehouse told me to stand & then shoved me on wheelchair. In handcuffs I landed on my hands. The pain from landing on the cuffs w/ my hands, due to my bodyweight caused me to jump on my feet. C.O. Kolehouse then told me to sit down on wheelchair. C.O. Kolehouse rolled wheelchair to shower room & told me that I must remain there while they cleaned padded cell & that it would take a couple hours. Then I asked if I could use the "shitter"? Ofc. Tromley said, "Shit in your pants!" They laughed as they, (C.O. Kolehouse & Ofc. Tromley), walked away. After waiting in restraint chair, needing to shit for over 2 hours, they returned. C.O. Kolehouse ask me if I still needed to shit? The urge to shit had passed. For the next month I experienced abdominal pains & had complications w/ bowel movement.

THEY THEN WHEELED ME INSIDE PADDED CELL. THE PADDED CELL REEKED OF URINE & FECES. SHIT/TURD BALLS WERE VISIBLE. I ASKED FOR A DRINK OF WATER, WHICH THEY REFUSED TO GIVE ME. I REPEATEDLY ASK FOR WATER THROUGH THE NIGHT, ONLY TO BE DENIED. NOT UNTIL THE NEXT MORNING AT APPROXIMATELY 0900 WAS I GIVEN WATER BY NURSE SMITH. SHE DIDN'T UNDERSTAND WHY OFC. TROMLEY OR C.O. KOLEHOUSE FAILED TO GIVE ME A DRINK. IT HAD BEEN APPROXIMATELY 18 HOURS SINCE I HAD A DRINK OF WATER. THAT WAS YESTERDAY DURING THE EVENING MEAL.

I SLEPT ON A DAMP FLOOR FOR 3 DAYS. THE FLOOR WAS CONTAMINATED W/BILE. DUE TO MY NAKED BODY SITTING & LYING ON FLOOR I DEVELOPED AGGRESIVE SKIN IRRATATIONS. TO THIS DAY I STILL HAVE SKIN DISCOLORATION DUE TO UNSANITARY PADDED CELL. I ALSO WITNESSED BEDBUGS, THE SIZE OF APPLE SEEDS, CRAWLING ON FLOOR & WALLS.

I WAS DENIED USE OF TOILET FOR 3 DAYS. I WAS MADE TO SHIT ON THE FLOOR OF PADDED CELL & URINATE ON A DOOR LEADING INTO SHOWER ROOM. I WAS DENIED TOILET PAPER.

IN THE FUTURE DAYS I SOUGHT MEDICAL AIDE FOR SKIN RASHES & ABDOMINAL PAINS.

COMPLAINT 4

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.
OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ 350,000.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I WOULD LIKE to RECEIVE 350,000 DOLLARS FOR the PHYSICAL DISCOMFORT & DAMAGES CAUSED DUE to CRUEL & UNUSUAL PUNISHMENT. THE OFFICERS IN CHARGE DURING THESE INCIDENTS SHOULD NOT BE ALLOWED to HAVE the AUTHORITY to TREAT INMATES INHUMANELY, THEY SHOULD BE SUSPENDED OR TERMINATED.

E.  JURY DEMAND

☒  Jury Demand - I want a jury to hear my case
        OR

☐  Court Trial – I want a judge to hear my case

Dated this ___9___ day of _DECEMBER_ 20_22_.

Respectfully Submitted,

_____
Signature of Plaintiff

___# 972020_____
Plaintiff's Prisoner ID Number

_N.C.C.F    1000 VAN NUYS RD._
_NEW CASTLE IN.  47362_
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F.  OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE

## FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.